In the Matter of the Application of THOMAS H. MATTERS for Admission to the Bar.—Motion granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of THOMAS FRANCIS MURPHY, Respondent, for a Writ of Peremptory Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.— Motion to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for Public Park (East River Park), Borough of Queens, City of New York.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator, etc., of MARIE A. STOUFFER, Deceased, to Compel ADELE L. ROUYON to Render and Settle Her Account as Administratrix, etc., of ALPHONSE ROUYON, Deceased.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant.— Motion denied, without costs, without prejudice to an application for leave to renew the motion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

LOUIS NEUER, Appellant, v. LOUIS JAFFE, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PECORARO, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ. Order to be settled before the presiding justice.

GERTRUDE M. ROWE, Respondent, v. GEORGE W. SNYDER, Appellant, and PENNSYLVANIA RAILROAD COMPANY, Defendant.— Motion for stay granted, pending the decision of the appeal. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

HAROLD H. SMITH, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JULIUS STRAUSS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion granted. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Blackmar, J., dissented.

CATHARINE T. BIRMINGHAM, Respondent, v. THE CITY OF PORT JERVIS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

FREDERICK BISCHOFF, Respondent, v. THE EQUIPMENT CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.